UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond Bonner

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

18 Civ. 01315 ( ) ( )

- against -

**AFFIRMATION OF SERVICE**

Central Intelligence Agency

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Sarah Levine, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Complaint, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Civil Cover Sheet, Statement of Relatedness

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* U.S.P.S. certified mail to the following persons *(list the names and addresses of the people you served)*: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; United States Attorney, Southern District of New York, Civil Division, 86 Chambers Street, 3rd Floor, New York City, NY 10007

on *(date you served the document(s))* February 20, 2018

February 20, 2018
Dated

Signature
P.O. Box 208215
Address
New Haven, Ct
City, State
06520
Zip
(201) 658-8669
Telephone Number
sarah.levine@ylsclinics.org
E-Mail Address

*Rev. 01/2013*