

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 1, 2019

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:   *Bonner v. Department of Defense et al.*, No. 17 Civ. 9378 (VEC)
> *Bonner v. Central Intelligence Agency*, No. 18 Civ. 1315 (VEC)
> Monthly Status Report

Dear Judge Caproni:

We write respectfully to report on the status of the above-referenced FOIA actions.  In an effort to narrow the issues for further litigation, the parties are currently in the process of meeting and conferring regarding the CIA's withholdings and plaintiff's anticipated challenges.  Accordingly, we respectfully propose that the parties provide the Court with a further status update by Wednesday, May 1, 2019.

We thank the Court for its consideration of this report.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  */s/ Christopher Connolly*
SARAH S. NORMAND
CHRISTOPHER CONNOLLY
Tel.:  (212) 637-2709/2761

*Counsel for Defendants*

MEDIA FREEDOM AND
INFORMATION
ACCESS CLINIC

By: */s/ David A. Schulz*
    David A. Schulz
    Tel: (212) 850-6103

*Counsel for Plaintiff Raymond Bonner*