

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 1, 2019

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Bonner v. Department of Defense et al.*, No. 17 Civ. 9378 (VEC)
              *Bonner v. Central Intelligence Agency*, No. 18 Civ. 1315 (VEC)
              Monthly Status Report

Dear Judge Caproni:

      We write respectfully to report on the status of the above-referenced FOIA actions. In an effort to narrow the issues for further litigation, the parties are currently in the process of meeting and conferring regarding the CIA's withholdings and plaintiff's anticipated challenges. Accordingly, we respectfully propose that the parties provide the Court with a further status update by Monday, June 3, 2019.

      We thank the Court for its consideration of this report.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney for the
                              Southern District of New York

      By:  /s/ *Christopher Connolly*
             SARAH S. NORMAND
             CHRISTOPHER CONNOLLY
             Tel.:  (212) 637-2709/2761

             *Counsel for Defendants*

        MEDIA FREEDOM AND
INFORMATION
ACCESS CLINIC

By: */s/ David A. Schulz*
    David A. Schulz
    Tel: (212) 850-6103

*Counsel for Plaintiff Raymond Bonner*