

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 1, 2019

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2019

    Re: *Bonner v. Department of Defense et al.*, No. 17 Civ. 9378 (VEC)
      *Bonner v. Central Intelligence Agency*, No. 18 Civ. 1315 (VEC)
      Monthly Status Report

Dear Judge Caproni:

  We write respectfully to report on the status of the above-referenced FOIA actions. The parties are still in the process of meeting and conferring regarding the CIA's withholdings and plaintiff's anticipated challenges, and have made significant progress in narrowing the issues potentially in dispute. Accordingly, we respectfully propose that the parties provide the Court with a further status update by Friday, November 1, 2019.

  We thank the Court for its consideration of this report.

           Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney for the
          Southern District of New York

  By: */s/ Christopher Connolly*
     SARAH S. NORMAND
     CHRISTOPHER CONNOLLY
     Tel.: (212) 637-2709/2761

     *Counsel for Defendants*

        MEDIA FREEDOM AND
        INFORMATION
        ACCESS CLINIC

By: */s/ David A. Schulz*
    David A. Schulz
    Tel: (212) 850-6103

    *Counsel for Plaintiff Raymond Bonner*

Application GRANTED. The next status update is due on **November 1, 2019.**

SO ORDERED.

*[signature: Valerie Caproni]*

10/02/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE