

U.S. Department of Justice

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

January 6, 2020

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Bonner v. Department of Defense et al.*, No. 17 Civ. 9378 (VEC)
             *Bonner v. Central Intelligence Agency*, No. 18 Civ. 1315 (VEC)
             Monthly Status Report

Dear Judge Caproni:

      The parties write respectfully to report on the status of the above-referenced FOIA actions.

      The parties have narrowed the issues in these cases to a limited set of redactions in a single document. The CIA recently re-reviewed the document and produced a revised redacted version to plaintiff. The parties are in the process of meeting and conferring concerning the remaining redactions.

      The parties respectfully propose that they provide the Court with a further status update by Monday, February 3, 2020. We thank the Court for its consideration.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By:  /s/ *Christopher Connolly*
      SARAH S. NORMAND
      CHRISTOPHER CONNOLLY
      Tel.:  (212) 637-2709/2761

      *Counsel for Defendants*

        MEDIA FREEDOM AND
        INFORMATION
        ACCESS CLINIC

By: */s/ David A. Schulz*
     David A. Schulz
     Tel: (212) 850-6103

*Counsel for Plaintiff Raymond Bonner*